```
GOLDSMITH & BURNS
ATTORNEY FOR THE PLAINTIFF
   18425 BURBANK BLVD., SUITE 708
   TARZANA, CA  91356
   818-708-2585
Attorneys for the Plaintiff
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            COURT NO: 92A 21368
          Plaintiff,

     v.                              DEFAULT JUDGMENT

CHERRY PARNELL

          Defendant(s).

---

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from CHERRY PARNELL the sum of $917.18 as principal, $304.59 as accrued prejudgment interest, $143.46 administrative charges, and ~~$40.50~~ $20.00 costs, plus $300.00 attorney fees for a total amount of ~~$1,713.73~~ $1,685.23, plus interest from APRIL 23, 1993 at the rate of $.08 per day to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: MAY - 4 1993

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _____
    Deputy Clerk

**FILED** MAY - 4 1993 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

**ENTERED** CLERK, U.S. DISTRICT COURT MAY - 4 1993 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY